# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

August 10, 2011

| | |
|---|---|
| No.: 11-2196 | JEROME E. WATSON, JR.,<br>Plaintiff - Appellant<br><br>v.<br><br>COOK COUNTY STATE'S ATTORNEY OFFICE, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:11-cv-01284<br>Northern District of Illinois, Eastern Division<br>District Judge Joan Humphrey Lefkow | |

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on July 18, 2011 and was given fourteen (14)days to pay the $455.00 filing fee. The pro se appellant has not paid the $455.00 appellate fee. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

CERTIFIED COPY
A True Copy
Teste:
_[signature]_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_PLRA_3bFinalOrder**(form ID: **142**)